| CO. | FILE | DEPT. | CLOCK NUMBER | 120 |
| KBC | 003648 | 0A1900 | 0030142311 | 1 |

# The News-Herald
WILLOUGHBY, OHIO 44094

**Earnings Statement** FILED ADP

Period Ending: 2008 Jun 23 PM 03:50 / 05/30/2008
Pay Date: 06/05/2008
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 3
   OH: 0
   Mentor: 3

Social Security Number: XXX-XX-9430

JOHN A MINADEO
33886 BEACHPARK AVE
EASTLAKE OH 44095

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.5000 | 26.00 | 195.00 | 195.00 |
| **Gross Pay** | | | **$195.00** | 195.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -12.09 | 12.09 |
| | Medicare Tax | -2.83 | 2.83 |
| | OH State Income Tax | -1.34 | 1.34 |
| | Mentor Income Tax | -3.90 | 3.90 |
| | **Net Pay** | **$174.84** | |

Your federal taxable wages this period are $195.00

© 1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, Inc.

MICROIMAGE, INC.     24386

Employee: JOANN T MINADEO, 33886 BEACH PARK, EASTLAKE, OH 44095
Status (Fed/State): Married/Withhold
Pay Period: 04/16/2008 - 04/30/2008
Allowances/Extra: Fed-1/0/OH-0/0
Pay Date: 05/07/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 70.00 | 9.86 | 690.23 | 7,386.33 |
| V-PTO Hours | 16.00 | 9.86 | 157.76 | 385.76 |
| Paid Holiday Hours | | | 0.00 | 306.88 |
| 1/2Time Pay | | | 0.00 | 264.78 |
| Double-Time Hours | | | 0.00 | 39.44 |
| | | | 847.99 | 8,383.19 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Ohio School District | -16.96 | -167.67 |
| Federal Withholding | -37.00 | -415.00 |
| Social Security Employee | -52.58 | -519.76 |
| Medicare Employee | -12.30 | -121.56 |
| OH - Withholding | -17.39 | -187.56 |
| | -136.23 | -1,411.55 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Mileage Reimbursement | 0.00 | 16.20 |

Net Pay: 711.76    6,987.84

MICROIMAGE INC., P.O. Box 871, Millersport, OH 43046-0871

---

MICROIMAGE, INC.     24482

Employee: JOANN T MINADEO, 33886 BEACH PARK, EASTLAKE, OH 44095
Status (Fed/State): Married/Withhold
Pay Period: 05/01/2008 - 05/15/2008
Allowances/Extra: Fed-1/0/OH-0/0
Pay Date: 05/22/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 50.00 | 9.86 | 493.01 | 7,879.34 |
| V-PTO Hours | 32.00 | 9.86 | 315.52 | 701.28 |
| Paid Holiday Hours | | | 0.00 | 306.88 |
| 1/2Time Pay | | | 0.00 | 264.78 |
| Double-Time Hours | | | 0.00 | 39.44 |
| | | | 808.53 | 9,191.72 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Ohio School District | -16.17 | -183.84 |
| Federal Withholding | -33.00 | -448.00 |
| Social Security Employee | -50.13 | -569.89 |
| Medicare Employee | -11.72 | -133.28 |
| OH - Withholding | -15.96 | -203.52 |
| | -126.98 | -1,538.53 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Mileage Reimbursement | 0.00 | 16.20 |

Net Pay: 681.55    7,669.39

MICROIMAGE INC., P.O. Box 871, Millersport, OH 43046-0871

---

MICROIMAGE, INC.     25611

Employee: JOANN T MINADEO, 33886 BEACH PARK, EASTLAKE, OH 44095
Status (Fed/State): Married/Withhold
Pay Period: 05/16/2008 - 05/31/2008
Allowances/Extra: Fed-1/0/OH-0/0
Pay Date: 06/09/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 90.00 | 9.86 | 887.41 | 8,697.73 |
| 1/2Time Pay | 8.00 | 4.93 | 39.44 | 304.22 |
| Paid Holiday Hours | 8.00 | 9.86 | 78.88 | 385.76 |
| V-PTO Hours | | | 0.00 | 770.30 |
| Double-Time Hours | | | 0.00 | 39.44 |
| | | | 1,005.73 | 10,197.45 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Ohio School District | -20.11 | -203.95 |
| Federal Withholding | -53.00 | -501.00 |
| Social Security Employee | -62.35 | -632.24 |
| Medicare Employee | -14.58 | -147.86 |
| OH - Withholding | -23.75 | -227.27 |
| | -173.79 | -1,712.32 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Mileage Reimbursement | 0.00 | 16.20 |

Net Pay: 831.94    8,501.33

MICROIMAGE INC., P.O. Box 871, Millersport, OH 43046-0871

MICROIMAGE, INC.

24090

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| JOANN T MINADEO, 33886 BEACH PARK, EASTLAKE, OH 44095 | | | | | Married/Withhold | Fed-1/0/OH-0/0 |
| | | | | | Pay Period: 03/01/2008 - 03/15/2008 | Pay Date: 03/24/2008 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 80.00 | 9.86 | 788.81 | 5,039.60 |
| Paid Holiday Hours | | | 0.00 | 228.00 |
| V-PTO Hours | | | 0.00 | 228.00 |
| 1/2Time Pay | | | 0.00 | 225.34 |
| | | | 788.81 | 5,720.94 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Ohio School District | -15.78 | -114.43 |
| Federal Withholding | -31.00 | -292.00 |
| Social Security Employee | -48.91 | -354.70 |
| Medicare Employee | -11.43 | -82.95 |
| OH - Withholding | -15.30 | -130.63 |
| | -122.42 | -974.71 |

| Net Pay | 666.39 | 4,746.23 |
|---|---|---|

MICROIMAGE INC., P.O. Box 871, Millersport, OH 43046-0871

---

**MICROIMAGE, INC.**

24172

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| JOANN T MINADEO, 33886 BEACH PARK, EASTLAKE, OH 44095 | | | | | Married/Withhold | Fed-1/0/OH-0/0 |
| | | | | | Pay Period: 03/16/2008 - 03/31/2008 | Pay Date: 04/07/2008 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 80.00 | 9.86 | 788.81 | 5,828.41 |
| 1/2Time Pay | 8.00 | 4.93 | 39.44 | 264.78 |
| Paid Holiday Hours | 8.00 | 9.86 | 78.88 | 306.88 |
| Double-Time Hours | 2.00 | 19.72 | 39.44 | 39.44 |
| V-PTO Hours | | | 0.00 | 228.00 |
| | | | 946.57 | 6,667.51 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Ohio School District | -18.93 | -133.36 |
| Federal Withholding | -47.00 | -339.00 |
| Social Security Employee | -58.69 | -413.39 |
| Medicare Employee | -13.73 | -96.68 |
| OH - Withholding | -21.36 | -151.99 |
| | -159.71 | -1,134.42 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Mileage Reimbursement | 16.20 | 16.20 |

| Net Pay | 803.06 | 5,549.29 |
|---|---|---|

MICROIMAGE INC., P.O. Box 871, Millersport, OH 43046-0871

---

**MICROIMAGE, INC.**

24276

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| JOANN T MINADEO, 33886 BEACH PARK, EASTLAKE, OH 44095 | | | | | Married/Withhold | Fed-1/0/OH-0/0 |
| | | | | | Pay Period: 04/01/2008 - 04/15/2008 | Pay Date: 04/22/2008 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 88.00 | 9.86 | 867.69 | 6,696.10 |
| Paid Holiday Hours | | | 0.00 | 306.88 |
| V-PTO Hours | | | 0.00 | 228.00 |
| 1/2Time Pay | | | 0.00 | 264.78 |
| Double-Time Hours | | | 0.00 | 39.44 |
| | | | 867.69 | 7,535.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Ohio School District | -17.35 | -150.71 |
| Federal Withholding | -39.00 | -378.00 |
| Social Security Employee | -53.79 | -467.18 |
| Medicare Employee | -12.58 | -109.26 |
| OH - Withholding | -18.18 | -170.17 |
| | -140.90 | -1,275.32 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Mileage Reimbursement | 0.00 | 16.20 |

| Net Pay | 726.79 | 6,276.08 |
|---|---|---|

MICROIMAGE INC., P.O. Box 871, Millersport, OH 43046-0871

MICROIMAGE, INC.

23976

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| JOANN T MINADEO, 33886 BEACH PARK, EASTLAKE, OH 44095 | | | | | Married/Withhold | Fed-1/0/OH-0/0 |
| | | | | | Pay Period: 02/16/2008 - 02/29/2008 | Pay Date: 03/07/2008 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 1/2Time Pay | 16.00 | 4.93 | 78.88 | 225.34 |
| Hourly Regular Rate | 96.00 | 9.86 | 946.57 | 4,250.79 |
| Paid Holiday Hours | | | 0.00 | 228.00 |
| V-PTO Hours | | | 0.00 | 228.00 |
| | | | 1,025.45 | 4,932.13 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Ohio School District | -20.51 | -98.65 |
| Federal Withholding | -55.00 | -261.00 |
| Social Security Employee | -63.58 | -305.79 |
| Medicare Employee | -14.87 | -71.52 |
| OH - Withholding | -24.54 | -115.33 |
| | -178.50 | -852.29 |

| Net Pay | 846.95 | 4,079.84 |
|---|---|---|

MICROIMAGE INC., P.O. Box 871, Millersport, OH 43046-0871

MICROIMAGE, INC.

23873

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| JOANN T MINADEO, 33886 BEACH PARK, EASTLAKE, OH 44095 | | | | | Married/Withhold | Fed-1/0/OH-0/0 |
| | | | | | Pay Period: 02/01/2008 - 02/15/2008 | Pay Date: 02/22/2008 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 90.00 | 9.86 | 887.42 | 3,304.22 |
| Paid Holiday Hours | | | 0.00 | 228.00 |
| V-PTO Hours | | | 0.00 | 228.00 |
| 1/2Time Pay | | | 0.00 | 146.46 |
| | | | 887.42 | 3,906.68 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Ohio School District | -17.75 | -78.14 |
| Federal Withholding | -41.00 | -206.00 |
| Social Security Employee | -55.02 | -242.21 |
| Medicare Employee | -12.87 | -56.65 |
| OH - Withholding | -18.98 | -90.79 |
| | -145.62 | -673.79 |

| Net Pay | 741.80 | 3,232.89 |
|---|---|---|

MICROIMAGE INC., P.O. Box 871, Millersport, OH 43046-0871