UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-14789-M |
| | ) | |
| MINADEO, JOHN, JR. | ) | Chapter 7 |
| MINADEO, JOANN T. | ) | |
| Debtor(s). | ) | Judge: Pat E. Morgenstern-Clarren |

**TRUSTEE'S FINAL REPORT**

BRIAN A. BASH, trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim, and that the final report attached hereto, is proper and consistent with the law and rules of the court.

Therefore, the trustee requests that the Final Report be accepted.

Date: February 2, 2009         /s/ Brian A. Bash, Trustee
                               BRIAN A. BASH, TRUSTEE (#0000134)

_____

REVIEW BY UNITED STATES TRUSTEE

I have reviewed the Trustee's Final Report.

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE
Ohio/Michigan Region 9

Date:_____    By: /s/ Lizette Montanez 02/09/09

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-14789-M |
| | ) | |
| MINADEO, JOHN, JR. | ) | Chapter 7 |
| MINADEO, JOANN T. | ) | |
| Debtor(s). | ) | Judge: Pat E. Morgenstern-Clarren |

**FINAL REPORT**

The petition commencing this case was filed on 06/23/08 and the undersigned was appointed trustee on 06/24/08. The amount of the trustee's bond is now a Blanket Bond.

The trustee certifies that the balance in the individual estate trust account, bank account number 4437014445 at BANK OF AMERICA, N.A., is in the amount of $2,404.89. This includes all earned interest.

All property of the estate, except that claimed as exempt by the debtor(s), without objection, or determined by the Court as exempt, has been inventoried, collected and liquidated, or abandoned. Any property not heretofore abandoned by the trustee is now abandoned.

All claims have been examined and objections have been resolved. All applications for approval of compensation and expenses of other professional persons have been filed with the United States Trustee and the Court.

There are no unpaid administrative expenses or claims. The unpaid administrative claims are reflected in Exhibit #1 attached hereto.

1. The trustee adopts the schedules of the petition filed as his inventory.
   (YES) _____ (NO) __X__ (Form 1 attached as Exhibit A).

2. Final account as of 02/02/09:

   | | |
   |---|---|
   | RECEIPTS: (Form 2 attached as Exhibit B) | $3,950.39 |
   | DISBURSEMENTS: (Form 2 attached as Exhibit B) | $1,545.50 |
   | BALANCE OF FUNDS ON HAND | $2,404.89 |

3. Analysis of Claims Filed (See Exhibit C attached)

4. The amount upon which the trustee's compensation has been computed is $2,624.89. This does not include any exempt amounts paid to the debtor(s) and/or any refunds to be made to the debtor(s).

## COMPUTATION OF COMPENSATION

Pursuant to 11 U. S. C. Section 326, compensation is computed as follows:

|  |  |  |  |
|---|---|---|---|
|  | $2,624.89 | 25% of First $5000 | $656.22 |
| Less | -5,000.00 | ($1,250.00 Maximum) |  |
| Balance | $0.00 | 10% of Next $45,000 | $0.00 |
| Less | -45,000.00 | ($4,500.00 Maximum) |  |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | -950,000.00 | ($47,500.00 Maximum) |  |
| Balance | $0.00 | 3% of Balance | $0.00 |

**TOTAL COMPENSATION REQUESTED**                                          **$656.22**

### TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| NATURE: |  | AMOUNT |
|---|---|---|
| Postage-- Service | 1 @ 24.02 | $24.02 |
| Photocopy/Duplication Expense | 528 @ 0.20 | $105.60 |

**TOTAL EXPENSES REQUESTED**                                              **$129.62**

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of the trustee's knowledge and requests the Court to provide notice and opportunity for a hearing under 11 U. S. C. Sections 330 (a) and 503 (b) and to thereafter award final compensation or reimbursement of expenses.

WHEREFORE, the Trustee requests that this application be approved by this Court and the Trustee be granted compensation and reimbursement of expenses as enumerated above. The Trustee further states that no payments have been made or promised to the Trustee for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

DATED:   February 2, 2009                    /s/ Brian A. Bash, Trustee
                                             TRUSTEE'S SIGNATURE (#0000134)

# EXHIBIT 1

## REPORT OF ACCRUED UNPAID ADMINISTRATIVE EXPENSES OR CLAIMS:

CASE NAME: MINADEO, JOHN, JR. and MINADEO, JOANN T., Debtor(s)
CASE NO.: 08-14789-M
CHAPTER 7

BRIAN A. BASH, Trustee, hereby reports that the following administrative expenses and claims have been incurred or accrued in this bankruptcy case:

1. 

| Name | Nature Of Claim | Amount |
|---|---|---|
| BRIAN A. BASH, TRUSTEE | Trustee Compensation | $656.22 |
| BRIAN A. BASH, TRUSTEE | Trustee Expenses | $129.62 |
| | TOTAL: | **$785.84** |

2. 
   Priority Claims [Sec. 507(a)(1) - (a)(10)] have been allowed for: $0.00
   Secured Claims have been allowed for: $0.00
   General Unsecured Claims have been allowed for: $249,886.61

3. The Trustee's Final Report shows
   total receipts of: $3,950.39
   disbursements of: $1,545.50
   balance on hand: $2,404.89

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 08-14789 M Judge: PAT E. MORGENSTERN-CLARREN | Trustee Name: | BRIAN A. BASH, TRUSTEE |
|---|---|---|---|
| Case Name: | MINADEO, JOHN, JR. | Date Filed (f) or Converted (c): | 06/23/08 (f) |
| | MINADEO, JOANN T. | 341(a) Meeting Date: | 07/22/08 |
| For Period Ending: 02/02/09 | | Claims Bar Date: | 01/22/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY 33886 Beachpark Avenue, Eastlake OH | 120,300.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND | 25.00 | 0.00 | DA | 0.00 | FA |
| 3. CHECKING, SAVINGS OR OTHER | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING, SAVINGS OR OTHER | 174.50 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,030.00 | 0.00 | DA | 0.00 | FA |
| 6. CLOTHING | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. FURS AND JEWELRY | 50.00 | 0.00 | DA | 0.00 | FA |
| 8. LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. AUTOMOBILE 2002 Saturn | 5,000.00 | 1,154.50 | DA | 2,700.00 | FA |
| 17. AUTOMOBILE 1997 Saturn | 50.00 | 0.00 | | 0.00 | FA |
| 18. AUTOMOBILE 1995 Buick Regal | 1,200.00 | 1,250.00 | | 1,250.00 | FA |
| 19. TAX REFUND-U 2007 Federal and State Tax Refund (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.39 | Unknown |

| TOTALS (Excluding Unknown Values) | $127,929.50 | $2,404.50 | | $3,950.39 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

_____

LFORM1                                                                                                                                                  Ver: 14.11

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 08-14789   M   Judge: PAT E. MORGENSTERN-CLARREN | Trustee Name: | BRIAN A. BASH, TRUSTEE |
| Case Name: | MINADEO, JOHN, JR. | Date Filed (f) or Converted (c): | 06/23/08 (f) |
| | MINADEO, JOANN T. | 341(a) Meeting Date: | 07/22/08 |
| | | Claims Bar Date: | 01/22/09 |

Initial Projected Date of Final Report (TFR): 06/30/09     Current Projected Date of Final Report (TFR): 06/30/09

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-14789 -M | Trustee Name: | BRIAN A. BASH, TRUSTEE |
|---|---|---|---|
| Case Name: | MINADEO, JOHN, JR. | Bank Name: | BANK OF AMERICA, N.A. |
| | MINADEO, JOANN T. | Account Number / CD #: | *******9760 Money Market - Interest Bearing |
| Taxpayer ID No: | ******2802 | | |
| For Period Ending: | 02/02/09 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/26/08 | 18 | JOHN MINADEO, JR.<br>33886 BEACHPARK DR<br>EASTLAKE, OH 44095-2502 | Payment by Debtor | | | 1129-000 | 250.00 | | 250.00 |
| 10/22/08 | | FORT WAYNE VEHICLE AUCTION<br>3600 E. Washington Boulevard<br>Fort Wayne, IN 46803 | Sale of Vehicle | | | | 2,480.00 | | 2,730.00 |
| | 16 | FORT WAYNE VEHICLE AUCTION | Memo Amount: | 2,700.00 | | 1129-000 | | | |
| | | | Sale of Vehicle | | | | | | |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount: | ( | 95.00 ) | 2500-000 | | | |
| | | | Selling Fee | | | | | | |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount: | ( | 125.00 ) | 2500-000 | | | |
| | | | Recon Fees | | | | | | |
| 10/27/08 | 18 | JOHN MINADEO, JR.<br>33886 BEACHPARK DR<br>EASTLAKE, OH 44095-2502 | Payment by Debtor | | | 1129-000 | 200.00 | | 2,930.00 |
| 10/27/08 | 18 | JOHN MINADEO, JR.<br>33886 BEACHPARK DR<br>EASTLAKE, OH 44095-2502 | Payment by Debtor | | | 1129-000 | 400.00 | | 3,330.00 |
| 10/27/08 | 18 | JOHN MINADEO, JR.<br>33886 BEACHPARK DR<br>EASTLAKE, OH 44095-2502 | Payment by Debtor | | | 1129-000 | 400.00 | | 3,730.00 |
| 10/29/08 | 001000 | JOHN MINADEO, JR.<br>33886 BEACHPARK DR<br>EASTLAKE, OH 44095-2502 | Payment of exemption to debtor | | | 8100-002 | | 1,325.50 | 2,404.50 |
| 10/31/08 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | | 1270-000 | 0.05 | | 2,404.55 |
| 11/28/08 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | | 1270-000 | 0.20 | | 2,404.75 |
| 12/31/08 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | | 1270-000 | 0.12 | | 2,404.87 |
| 01/29/09 | 20 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | | 1270-000 | 0.02 | | 2,404.89 |
| | | | Page Subtotals | | | | 3,730.39 | 1,325.50 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 08-14789 -M |
| Case Name: | MINADEO, JOHN, JR. |
| | MINADEO, JOANN T. |
| Taxpayer ID No: | *******2802 |
| For Period Ending: | 02/02/09 |

| | |
|---|---|
| Trustee Name: | BRIAN A. BASH, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9760 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/09 | | Transfer to Acct #*******4445 | Final Posting Transfer | 9999-000 | | 2,404.89 | 0.00 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 2,700.00 | COLUMN TOTALS | 3,730.39 | 3,730.39 |
| Memo Allocation Disbursements: | 220.00 | Less: Bank Transfers/CD's | 0.00 | 2,404.89 |
| | | Subtotal | 3,730.39 | 1,325.50 |
| Memo Allocation Net: | 2,480.00 | Less: Payments to Debtors | | 1,325.50 |
| | | Net | 3,730.39 | 0.00 |

Page Subtotals  0.00  2,404.89

Page: 3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-14789 -M
Case Name: MINADEO, JOHN, JR.
MINADEO, JOANN T.
Taxpayer ID No: ******2802
For Period Ending: 02/02/09

Trustee Name: BRIAN A. BASH, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ********4445 Checking - Non Interest

Blanket Bond (per case limit): $ 2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/29/09 | | Transfer from Acct #******9760 | Transfer In From MMA Account | 9999-000 | 2,404.89 | | 2,404.89 |
| | | Memo Allocation Receipts: | COLUMN TOTALS | | 2,404.89 | 0.00 | 2,404.89 |
| | | Memo Allocation Disbursements: | Less: Bank Transfers/CD's | | 2,404.89 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | Memo Allocation Net: 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |
| | | Total Allocation Receipts: 2,700.00 | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: 220.00 | TOTAL - ALL ACCOUNTS | | | | |
| | | | Money Market - Interest Bearing - ********9760 | | 3,730.39 | 0.00 | 0.00 |
| | | Total Memo Allocation Net: 2,480.00 | Checking - Non Interest - ********4445 | | 0.00 | 0.00 | 2,404.89 |
| | | | | | 3,730.39 | 0.00 | 2,404.89 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 2,404.89 0.00

LFORM24

08-14789-pmc    Doc 29    FILED 02/09/09    ENTERED 02/09/09 14:47:46    Page 9 of 16

Ver: 14.11

## Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number     4429749760
01 01 148 06 M0000 E#         0
Last Statement:    11/28/2008
This Statement:    12/31/2008

Customer Service
1-877-757-8233

Page     1 of    2

ESTATE OF
MINADEO, JOHN, JR., DEBTOR
MINADEO, JOANN T., DEBTOR
BRIAN ALAN BASH - TRUSTEE
08-14789
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Bankruptcy Case Number:0814789

## SPECIAL MARKETS MONEY MARKET SAVINGS

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 11/29/2008 - 12/31/2008 | Statement Beginning Balance | 2,404.75 |
| Number of Deposits/Credits         1 | Amount of Deposits/Credits | .12 |
| Number of Checks                   0 | Amount of Checks | .00 |
| Number of Other Debits             0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | 2,404.87 |
| Number of Enclosures               0 | | |
| | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | .12 | Interest Paid Year-to-Date | .37 |
| Annual Percentage Yield Earned | .06% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/31 | | .12 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF    $2,404.75 | 09840023133 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/28 | 2,404.75 | 2,404.75 | 12/31 | 2,404.87 | 2,404.87 |

*BAB 1/12/09*

Recycled Paper

Trustee Name: BRIAN A. BASH, TRUSTEE
Case Number: **08-14789 M**
Case Name: MINADEO, JOHN, JR.
           MINADEO, JOANN T.
Account: **4429749760** Money Market - Interest Bearing

For Period Ending: **01/29/09**
Account Code: 02

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---:|---:|---|---:|
| 09/26/08 | 1 | MINADEO, JOHN, JR. | 250.00 | | C | 250.00 |
| 10/22/08 | 2 | FORT WAYNE VEHICLE AUCTION | 2,480.00 | | C | 2,730.00 |
| 10/27/08 | 3 | MINADEO, JOHN, JR. | 200.00 | | C | 2,930.00 |
| 10/27/08 | 4 | MINADEO, JOHN, JR. | 400.00 | | C | 3,330.00 |
| 10/27/08 | 5 | MINADEO, JOHN, JR. | 400.00 | | C | 3,730.00 |
| 10/29/08 | 1000 | MINADEO, JOHN, JR. | | 1,325.50 | C | 2,404.50 |
| 10/31/08 | | Interest Rate 0.100 | 0.05 | | C | 2,404.55 |
| 11/28/08 | | Interest Rate 0.100 | 0.20 | | C | 2,404.75 |
| 12/31/08 | | Interest Rate 0.010 | 0.12 | | C | 2,404.87 |
| 01/29/09 | | INTEREST REC'D FROM BANK | 0.02 | | C | 2,404.89 |
| 01/29/09 | | Final Posting Transfer | | 2,404.89 | C | 0.00 |

| | | | | |
|---|---:|---|---:|---|
| CLEARED DEPOSITS | 3,730.39 | OUTSTANDING DEPOSITS | 0.00 | |
| CLEARED DISBURSEMENTS | - 3,730.39 | OUTSTANDING DISBURSEMENTS | - 0.00 | |
| | 0.00 | | 0.00 | |

| | | |
|---|---|---:|
| FORM 2 LEDGER BALANCE | | 0.00 |
| OUTSTANDING DEPOSITS | - | 0.00 |
| OUTSTANDING DISBURSEMENTS | + | 0.00 |
| FORM 2 ADJUSTED BALANCE | | 0.00 |
| BANK BALANCE | | 0.00 |

C = Cleared

Date: 02/02/09                  **DETAILED BANK RECONCILIATION**          Page: 1

Trustee Name:    BRIAN A. BASH, TRUSTEE
Case Number:    **08-14789 M**                                 For Period Ending: **01/29/09**
Case Name:    MINADEO, JOHN, JR.
                 MINADEO, JOANN T.
Account:    **4437014445** Checking - Non Interest              Account Code: 01

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---:|---:|---|---:|
| 01/29/09 | | Transfer In From MMA Account | 2,404.89 | | C | 2,404.89 |

| | | | | |
|---|---:|---|---:|---:|
| CLEARED DEPOSITS | 2,404.89 | OUTSTANDING DEPOSITS | | 0.00 |
| CLEARED DISBURSEMENTS | -    0.00 | OUTSTANDING DISBURSEMENTS | - | 0.00 |
| | 2,404.89 | | | 0.00 |

| | | | |
|---|---:|---|---:|
| FORM 2 LEDGER BALANCE | 2,404.89 | | |
| OUTSTANDING DEPOSITS | -    0.00 | | |
| OUTSTANDING DISBURSEMENTS | +    0.00 | | |
| FORM 2 ADJUSTED BALANCE | 2,404.89 | BANK BALANCE | 2,404.89 |

C = Cleared

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-14789 | | Page 1 | | Date: February 02, 2009 |
| Debtor Name: | MINADEO, JOHN, JR. | | Claim Number Sequence | | |
| Claims Bar Date: | 01/22/09 | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | ROUNDUP FUNDING LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE WA 98111-9221 | Unsecured | Filed 08/22/08<br>XXXXXXXXXXXX9687 | $0.00 | $15,806.53 | $15,806.53 |
| 000002 070 7100-00 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | Unsecured | Filed 09/08/08<br>6389 | $0.00 | $591.33 | $591.33 |
| 000003 070 7100-00 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | Unsecured | Filed 09/08/08<br>9770 | $0.00 | $8,919.41 | $8,919.41 |
| 000004 070 7100-00 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | Unsecured | Filed 09/08/08<br>6037 | $0.00 | $30,351.22 | $30,351.22 |
| 000005 070 7100-00 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | Unsecured | Filed 09/08/08<br>5561 | $0.00 | $18,376.76 | $18,376.76 |
| 000006 070 7100-00 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | Unsecured | Filed 09/08/08<br>0009 | $0.00 | $28,130.97 | $28,130.97 |
| 000007 070 7100-00 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | Unsecured | Filed 09/08/08<br>1801 | $0.00 | $13,953.53 | $13,953.53 |
| 000008 070 7100-00 | DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Unsecured | Filed 10/01/08<br>2608 | $0.00 | $12,522.45 | $12,522.45 |
| 000009 070 7100-00 | WORLDWIDE ASSET PURCHASING II INC<br>C/O WEST ASSET PURCHASING INC<br>PO BOX 105698<br>ATLANTA GA 30348 | Unsecured | Filed 10/30/08<br>XXXXXXXXXXXX8152 | $0.00 | $14,577.86 | $14,577.86 |
| 000010 070 7100-00 | PRA RECEIVABLES MANAGEMENT LLC<br>AS AGENT OF PORTFOLIO RECOVERY ASSOCS<br>PO BOX 12914<br>NORFOLK VA 23541 | Unsecured | Filed 11/12/08<br>5772 | $0.00 | $7,741.59 | $7,741.59 |
| 000011 070 7100-00 | PRA RECEIVABLES MANAGEMENT LLC<br>AS AGENT OF PORTFOLIO RECOVERY ASSOCS<br>PO BOX 12914<br>NORFOLK VA 23541 | Unsecured | Filed 11/12/08<br>3244 | $0.00 | $24,733.08 | $24,733.08 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-14789　　　　　　　　　　　Page 2　　　　　　　　　　　Date: February 02, 2009
Debtor Name: MINADEO, JOHN, JR.　　　　Claim Number Sequence
Claims Bar Date: 01/22/09

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | CHASE BANK USA C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE WA 98124-3978 | Unsecured | Filed 11/20/08 XXXXXXXXXXXX4500 | $0.00 | $7,703.72 | $7,703.72 |
| 000013 070 7100-00 | CHASE BANK USA C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE WA 98124-3978 | Unsecured | Filed 11/20/08 XXXXXXXXXXXX1559 | $0.00 | $11,585.55 | $11,585.55 |
| 000014 070 7100-00 | CHASE BANK USA C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE WA 98124-3978 | Unsecured | Filed 11/20/08 XXXXXXXXXXXX3399 | $0.00 | $12,612.87 | $12,612.87 |
| 000015 070 7100-00 | CHASE BANK USA C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE WA 98124-3978 | Unsecured | Filed 11/20/08 XXXXXXXXXXXX3221 | $0.00 | $5,919.59 | $5,919.59 |
| 000016 070 7100-00 | CHASE BANK USA C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE WA 98124-3978 | Unsecured | Filed 11/20/08 XXXXXXXXXXXX8896 | $0.00 | $10,083.48 | $10,083.48 |
| 000017 070 7100-00 | CHASE BANK USA C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE WA 98124-3978 | Unsecured | Filed 11/20/08 XXXXXXXXXXXX9310 | $0.00 | $18,706.06 | $18,706.06 |
| 000018 070 7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA CARD SERVICES NA/BANK OF AMERICA PO BOX 248809 OKLAHOMA CITY OK 73124-8809 | Unsecured 3290 | Filed 01/13/09 | $0.00 | $7,570.61 | $7,570.61 |
| | Case Totals: | | | $0.00 | $249,886.61 | $249,886.61 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# PROPOSED DISTRIBUTION

Case Number: 08-14789    M         Page 1                    Date: February 2, 2009
Debtor Name: MINADEO, JOHN, JR. \ MINADEO, JOANN T.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $2,404.89 |
| | **Claim Type 2100-00 - Trustee Compensation** | | | | | | | |
| | BRIAN A. BASH, TRUSTEE COMPENSATION | Admin | 001 | $656.22 | $0.00 | $656.22 | $656.22 | $1,748.67 |
| | **Subtotal For Claim Type 2100-00** | | | $656.22 | $0.00 | $656.22 | $656.22 | |
| | **Claim Type 2200-00 - Trustee Expenses** | | | | | | | |
| | BRIAN A. BASH, TRUSTEE EXPENSES | Admin | 001 | $129.62 | $0.00 | $129.62 | $129.62 | $1,619.05 |
| | **Subtotal For Claim Type 2200-00** | | | $129.62 | $0.00 | $129.62 | $129.62 | |
| | Subtotals For Class Administrative   100.00000 % | | | $785.84 | $0.00 | $785.84 | $785.84 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | ROUNDUP FUNDING LLC | Unsec | 070 | $15,806.53 | $0.00 | $15,806.53 | $102.41 | $1,516.64 |
| 000002 | RESURGENT CAPITAL SERVICES | Unsec | 070 | $591.33 | $0.00 | $591.33 | $3.83 | $1,512.81 |
| 000003 | RESURGENT CAPITAL SERVICES | Unsec | 070 | $8,919.41 | $0.00 | $8,919.41 | $57.79 | $1,455.02 |
| 000004 | RESURGENT CAPITAL SERVICES | Unsec | 070 | $30,351.22 | $0.00 | $30,351.22 | $196.65 | $1,258.37 |
| 000005 | RESURGENT CAPITAL SERVICES | Unsec | 070 | $18,376.76 | $0.00 | $18,376.76 | $119.07 | $1,139.30 |
| 000006 | RESURGENT CAPITAL SERVICES | Unsec | 070 | $28,130.97 | $0.00 | $28,130.97 | $182.26 | $957.04 |
| 000007 | RESURGENT CAPITAL SERVICES | Unsec | 070 | $13,953.53 | $0.00 | $13,953.53 | $90.41 | $866.63 |
| 000008 | DFS SERVICES LLC | Unsec | 070 | $12,522.45 | $0.00 | $12,522.45 | $81.13 | $785.50 |
| 000009 | WORLDWIDE ASSET PURCHASING II INC | Unsec | 070 | $14,577.86 | $0.00 | $14,577.86 | $94.45 | $691.05 |
| 000010 | PRA RECEIVABLES MANAGEMENT LLC | Unsec | 070 | $7,741.59 | $0.00 | $7,741.59 | $50.16 | $640.89 |
| 000011 | PRA RECEIVABLES MANAGEMENT LLC | Unsec | 070 | $24,733.08 | $0.00 | $24,733.08 | $160.25 | $480.64 |

# PROPOSED DISTRIBUTION

Case Number: 08-14789　　M　　　　　　　　　　　Page  2　　　　　　　　　　　　　Date: February 2, 2009
Debtor Name: MINADEO, JOHN, JR. \ MINADEO, JOANN T.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** |
| 000012 | CHASE BANK USA | Unsec | 070 | $7,703.72 | $0.00 | $7,703.72 | $49.91 | $430.73 |
| 000013 | CHASE BANK USA | Unsec | 070 | $11,585.55 | $0.00 | $11,585.55 | $75.07 | $355.66 |
| 000014 | CHASE BANK USA | Unsec | 070 | $12,612.87 | $0.00 | $12,612.87 | $81.72 | $273.94 |
| 000015 | CHASE BANK USA | Unsec | 070 | $5,919.59 | $0.00 | $5,919.59 | $38.35 | $235.59 |
| 000016 | CHASE BANK USA | Unsec | 070 | $10,083.48 | $0.00 | $10,083.48 | $65.33 | $170.26 |
| 000017 | CHASE BANK USA | Unsec | 070 | $18,706.06 | $0.00 | $18,706.06 | $121.20 | $49.06 |
| 000018 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsec | 070 | $7,570.61 | $0.00 | $7,570.61 | $49.06 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | | $249,886.61 | $0.00 | $249,886.61 | $1,619.05 | |
| | Subtotals For Class Unsecured | 0.64791 % | | $249,886.61 | $0.00 | $249,886.61 | $1,619.05 | |
| | << Totals >> | | | $250,672.45 | $0.00 | $250,672.45 | $2,404.89 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.